IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:23-CR-00169-002 JLT SKO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JESUS ANTONIO MUNOZ, | |
| Defendant. | |

The above-named defendant having been sentenced on January 12, 2025, to Time Served, the Court **ORDERS** that the defendant shall be released forthwith.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **January 12, 2026**

_____
UNITED STATES DISTRICT JUDGE